| Date: | Friday, 23 June 2017 08:12:41 |
|---|---|
| From: | MST | EMS (ems@minship.com) |
| To: | Gallagher Marine Systems LLC / Singh, Kuldeep  -  Liberian International Ship & Corporate Registry - Casualties & Investigation  /  CC: Gallagher Marine Systems LLC / Singh, Kuldeep |
| Subject: | M/V MARGUERITA, IMO #9717515 United States v. MST Mineralien Schiffahrt Spedition und Transport GmbH, 16-cr-134 |

Doc-No. 1882939 23/JUN/2017 (FRI) 08:12 (+0200) AM

Dear Mr. Romero, dear Capt. Singh,

yesterday night we received statements from rest of Engine crew. See attached pdf(s).

FYI, Company Investigator and independent MARPOL Auditor are going to board m/v MARGUERITA tomorrow PM. We will keep you informed about new facts.

Have a great weekend
Best regards

CCM (Corporate Compliance Manager)


Capt. Alexandr Miklas
DPA & Nautical Superintendent

MST Mineralien Schiffahrt
Spedition und Transport GmbH
- as agents only -
Am Ruttmann Kai 1
92253 Schnaittenbach
Germany

Phone: +49 9622 84-589
Fax:    +49 9622 84-581
Mobile: +49 172 8310517
Web:   www.minship.com

================================================
Handelsregister/ Court of Registration: Amberg HRB 844
Geschäftsführer/ Managing Director: Matthias M. Ruttmann
USt-IdNr./ VAT No.: DE131836792 * St.-Nr. 201/115/00127

**Original Message**

**From:** Investigations at LISCR (Investigations@liscr.com)
**To:** MST | EMS (ems@minship.com)
**Subject:** RE: Notice re: M/V MARGUERITA, IMO #9717515 United States v. MST Mineralien Schiffahrt Spedition und Transport GmbH, 16-cr-134
**Date:** 22/06/2017 23:34:44

Dear Capt. Miklas,

Thank you very much for the information and we confirm receipt. We will look at the documents and will revert if we have any questions. We appreciate the cooperation.

Thanks,

AL ROMERO
For the Deputy Commissioner of Maritime Affairs
Liberian Registry | www.liscr.com
8619 Westwood Center Drive, Suite 300
Vienna, Virginia 22182 USA
Direct: +1 703 251 2490
Main:  +1 703 790 3434
Fax:   +1 703 790 5655
Email: aromero@liscr.com

**LIBERIAN REGISTRY**

DISCOVER THE WORLD'S LEADING SHIP REGISTRY

Comments and Suggestions: http://www.liscr.com/customer-satisfaction-survey

Disclaimer Notice: This email may contain confidential or privileged information and is intended solely for the use of the named recipient(s). If you are not the intended recipient you may not disclose, copy, distribute or retain any part of this message or attachments. If you have received this e-mail in error please notify info@liscr.com immediately. Please email qcm@liscr.com if your e-mail inquiry is not responded within 24 hours.

**From:** MST | EMS [mailto:ems@minship.com]
**Sent:** Wednesday, June 21, 2017 5:21 PM
**To:** Investigations at LISCR <Investigations@liscr.com>
**Subject:** RE: Notice re: M/V MARGUERITA, IMO #9717515 United States v. MST Mineralien Schiffahrt Spedition und Transport GmbH, 16-cr-134

Doc-No. 1880197 21/JUN/2017 (WED) 23:20 (+0200) AM


Dear Mr. Romero,

attached kindly find required docs in pdf format.

In addition you can download from Cloud most important docs, whistleblower's video reports and some more oversized files for e-mail communication files.
Size of ZIP file is approximately 500 MB, than you will need some time (say 30 min) and good internet connection.


https://1drv.ms/u/s!AgUeVWjlTJV4jT83ENYcbMF6Sysa

MST immediate action(s):
1) All parties (Flag, CAM, IC, U.S. Lawyer and all U.S. Authorities listed in ECP) informed about reported by whistleblower facts
2) Master and whistleblower inquired for collection of all evidence and transfer of all files to Office
3) When docs and video arrived, detailed analysis made and preparation for onboard inspection prepared
3) Non-announced MARPOL audit arranged by Independent Consultant Messers. CSI in next port of call (Vila do Conde, Brazil).
4) MST Investigator, Capt. Sebastian Pfister sent on board for case investigation and Internal ISM and MARPOL audit (Vila do Conde)
5) Document 20170620_MARGUERITA_ORB_NOTICE is Master's endorsement of ORB in order to point out possible incorrect records in ORB.

Vessel pased Flag ASI in port of Nanaimo, Canada on 20170528 (see attached report)

Ship's itinerary:
Vila do Conde, Para, Brazil ETA 24th June, ETC/ETD 26th June
Portland, ME ETA 6th July, ETC/ETD 8th July
Port Hawkesbury, Nova Scotia, Canada ETA 10th July, ETC/ETD 12th July

CCM (Corporate Compliance Manager)
Capt. Alexandr Miklas
DPA & Nautical Superintendent

MST Mineralien Schiffahrt
Spedition und Transport GmbH

- as agents only -
Am Ruttmann Kai 1
92253 Schnaittenbach
Germany

Phone: +49 9622 84-589
Fax:    +49 9622 84-581
Mobile: +49 172 8310517
Web:   www.minship.com

==================================================
Handelsregister/ Court of Registration: Amberg HRB 844
Geschäftsführer/ Managing Director: Matthias M. Ruttmann
USt-IdNr./ VAT No.: DE131836792 * St.-Nr. 201/115/00127

**Original Message**

**From :** Investigations at LISCR (Investigations@liscr.com)
**To :** Safety at LISCR (Safety@liscr.com) - Kuldeep Singh (ksingh@chgms.com) - MST | EMS (ems@minship.com) - benjamin.langer@usdoj.gov (benjamin.langer@usdoj.gov) - john.kokkinen@usdoj.gov (john.kokkinen@usdoj.gov) - joseph.poux@usdoj.gov (joseph.poux@usdoj.gov) - deedee_thaisen@uscourts.gov (deedee_thaisen@uscourts.gov) - rwigger@compliancesystemsinc.com (rwigger@compliancesystemsinc.com) - ecpmst (ecpmst@chgms.com) - Investigations at LISCR (Investigations@liscr.com)
**Subject :** RE: Notice re: M/V MARGUERITA, IMO #9717515 United States v. MST Mineralien Schiffahrt Spedition und Transport GmbH, 16-cr-134
**Date :** 21/06/2017 22:21:24

Dear Capt. Miklas,

Good day and thank you very much for the information. As further to the email of our Mr. Tim Keegan, please keep this Administration copied on the internal investigation that your company is taking regarding this allegation of a MARPOL violation. We would like to request if you can provide us a copy of the 3rd Engineer, copies page extracts of the ORB-I entries for the last 3 months, and also copy of the IOPP so that we can also review entries to support or refute the claim of the 3rd Engineer. We also would like to request if you can provide this Administration a copy of the crew list, and information on extend sailing schedules of the vessel, as we may also be looking at sending a flag Investigator to attend the vessel when necessary.

We appreciate your utmost support and cooperation regarding this matter, and looking forward to hear from you.

Thanks,

AL ROMERO
For the Deputy Commissioner of Maritime Affairs
Liberian Registry | www.liscr.com
8619 Westwood Center Drive, Suite 300
Vienna, Virginia 22182 USA
Direct: +1 703 251 2490
Main:   +1 703 790 3434
Fax:    +1 703 790 5655
Email: aromero@liscr.com



**LIBERIAN REGISTRY**
*DISCOVER THE WORLD'S LEADING SHIP REGISTRY*

Comments and Suggestions: http://www.liscr.com/customer-satisfaction-survey

Disclaimer Notice: This email may contain confidential or privileged information and is intended solely for the use of the named recipient(s). If you are not the intended recipient you may not disclose, copy, distribute or retain any part of this message or attachments. If you have received this e-mail in error please notify info@liscr.com immediately. Please email qcm@liscr.com if your e-mail inquiry is not responded within 24 hours.

**From:** Safety at LISCR
**Sent:** Tuesday, June 20, 2017 2:58 PM
**To:** 'Kuldeep Singh' <ksingh@chgms.com>; MST | EMS <ems@minship.com>; benjamin.langer@usdoj.gov;

john.kokkinen@usdoj.gov; joseph.poux@usdoj.gov; deedee_thaisen@uscourts.gov; rwigger@compliancesystemsinc.com; ecpmst <ecpmst@chgms.com>; Safety at LISCR <Safety@liscr.com>
**Cc:** Investigations at LISCR <Investigations@liscr.com>
**Subject:** RE: Notice re: M/V MARGUERITA, IMO #9717515 United States v. MST Mineralien Schiffahrt Spedition und Transport GmbH, 16-cr-134

Thank you Captain Kuldeep Singh for copying the Administration.

I have forwarded to investigations department.

Dear Capt. Alexandr Miklas,
What is the vessel's next port of call?
Sincerely,

Timothy M. Keegan
V.P. Safety and Security
LISCR, LLC | www.liscr.com
8619 Westwood Center Drive, Suite 300
Vienna, Virginia 22182 USA
Direct: +1 703 251 2409
Main:  +1 703 790 3434
Fax:   +1 703 790 5655
Email: Safety@liscr.com



**LIBERIAN REGISTRY**
*DISCOVER THE WORLD'S LEADING SHIP REGISTRY*

**From:** Kuldeep Singh [mailto:ksingh@chgms.com]
**Sent:** Tuesday, June 20, 2017 6:10 AM
**To:** MST | EMS <ems@minship.com>; benjamin.langer@usdoj.gov; john.kokkinen@usdoj.gov; joseph.poux@usdoj.gov; deedee_thaisen@uscourts.gov; rwigger@compliancesystemsinc.com; ecpmst <ecpmst@chgms.com>; Safety at LISCR <Safety@liscr.com>
**Subject:** RE: Notice re: M/V MARGUERITA, IMO #9717515 United States v. MST Mineralien Schiffahrt Spedition und Transport GmbH, 16-cr-134

Dear Capt. Miklas,
Thanks for the information about the alleged inaccurate ORB records. Also noted that CSI shall conduct an audit and investigation at Brazil.
I look forward to the investigation report.

Meantime, kindly forward a copy of the letter that was sent by the Third Engineer.

Best Regards,

*Capt. Kuldeep Singh*

Court Appointed Monitor
Vice President Technical Services,
Gallagher Marine Systems Llc.,
Houston Office: T: +1 281 491 1422; M: +1 832 605 1112; F: +1 281 491 1422
New Jersey Office: T: +1 856 642 2091
www.gallaghermarine.com



**From:** MST | EMS [mailto:ems@minship.com]
**Sent:** Monday, 19 June, 2017 23:25
**To:** benjamin.langer@usdoj.gov; john.kokkinen@usdoj.gov; joseph.poux@usdoj.gov; deedee_thaisen@uscourts.gov; rwigger@compliancesystemsinc.com; ecpmst <ecpmst@chgms.com>; safety@liscr.com
**Cc:** Kuldeep Singh <ksingh@chgms.com>
**Subject:** Notice re: M/V MARGUERITA, IMO #9717515 United States v. MST Mineralien Schiffahrt Spedition und Transport GmbH, 16-cr-134

Doc-No. 1874440 19/JUN/2017 (MON) 19:55 (+0200) AM


Dear Sir / Madam:
We write to report the following information reported by a member of the engineering department serving on board the M/V MARGUERITA, IMO #9717515 (hereinafter "the Vessel"), a 2016 built bulk carrier with the possibility to load liquid cargoes.  The Vessel is owned by Reederei MS Marguerita GmbH & Co. Geschlossene Investment-KG and managed by MST Mineralien Schiffahrt Spedition und Transport GmbH.   The Vessel operates pursuant to the rules of the Liberian Flag Administration.  The Classification Society for the Vessel is Lloyd's Register.
Earlier today, Monday, June 19, 2017, in accordance with shipboard reporting requirements, MST Mineralien Schiffahrt Spedition und Transport GmbH received an unsigned, one-paragraph type-written note from the Third Engineer alleging that the vessel's Chief Engineer had not accurately recorded the handling of vessel's bilge water in the Oil Record Book. As of this time, incomplete information has been received concerning the suspicious conduct and a comprehensive investigation into the incident has been initiated by the vessel's Owner and Manager.
Both Owner and Manager have made the alleged incident a matter of priority and as part of the investigation are assessing what, if any, corrective steps and supplemental preventive measures can be taken.  To assist in this regard, Compliance Systems Inc, is being instructed to attend onboard the Vessel as soon as possible, which at present, appears to be her next port of call in Brazil. Compliance Systems Inc. specializes in maritime safety, security and environmental compliance and is regarded as experts in the implementation and auditing of vessels and their environmental compliance programs (http://www.compliancesystemsinc.com/).  Specifically, Compliance Systems Inc is being requested to conduct an unannounced, independent third-party MARPOL audit and shipboard investigation on the M/V MARGUERITA. A copy of the auditor's report and findings will be provided once available.

Consistent with the goals and practices of both the Vessel Owner's and Manager's environmental protection policies and procedures, the allegations of potential misconduct at sea is being given the highest priority and attention. Owner and Manager will update and/or amend this initial report as additional facts and information becomes known.

Respectfully yours,

CCM (Corporate Compliance Manager)

Capt. Alexandr Miklas
DPA & Nautical Superintendent

MST Mineralien Schiffahrt
Spedition und Transport GmbH
- as agents only -
Am Ruttmann Kai 1
92253 Schnaittenbach
Germany

Phone: +49 9622 84-589
Fax:   +49 9622 84-581
Mobile: +49 172 8310517
Web:   www.minship.com

================================================
Handelsregister/ Court of Registration: Amberg HRB 844
Geschäftsführer/ Managing Director: Matthias M. Ruttmann
USt-IdNr./ VAT No.: DE131836792 * St.-Nr. 201/115/00127

DISCLAIMER: This e-mail is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not the intended recipient of this email, please be advised that you have received this email in error, and that any use, dissemination, forwarding, printing or copying of this email is strictly prohibited. For any questions, please contact us by telephone at +1 703 790 3434

DISCLAIMER: This e-mail is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not the intended recipient of this email, please be advised that you have received this email in error, and that any use, dissemination, forwarding, printing or copying of this email is strictly prohibited. For any questions, please contact us by telephone at +1 703 790 3434

20170621_MARGUERITA_3E-VIRAY_STATEMENT.pdf (77 kb)  -  20170621_MARGUERITA_STATEMENTS_2E-3E-WPR1_OIL1-ECA-OIL2.pdf (183 kb)  -